MODESTO BARBOSA, peticionario, *v.* CORTE DE DISTRITO DE BAYAMÓN, HON. LUIS SAMALEA, JUEZ, demandada.

No. 817.—*Sometido:* Abril 11, 1932. *Resuelto:* Julio 7, 1932.

*Adrián Agosto,* abogado del peticionario; *Angel M. Torres,* abogado de la interventora Rosita Agricultural Co., Inc.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

Victorio Santiago demandó en la Corte Municipal de Toa Alta a Modesto Barbosa en cobro de $90.48. Embargó una casa con solar y una vaca con su cría, propiedad del demandado. La vaca y su cría fueron dejados en poder de Barbosa como depositario. En 18 de junio de 1929, se dictó sentencia a favor de Santiago, de la cual apeló Barbosa. En 3 de febrero de 1930, la corte de distrito falló a favor de Santiago. En 19 de febrero del mismo año Barbosa alegó la exención estatutaria y presentó una moción para que se suspendiera la ejecución. Al día siguiente Santiago solicitó una orden de ejecución. En abril 11 el juez municipal declaró sin lugar la moción porque Barbosa no compareció el día de la vista a establecer su derecho de exención. En abril 29 el secretario de la corte municipal remitió por correo a los abogados copias de la decisión de la corte y libró manda-

miento de ejecución. El 2 de junio fué señalado y anunciado por el márshal para la celebración de la subasta. En mayo 27 Barbosa volvió a alegar su exención en lo que a la vaca y su cría se refería y presentó una moción para anular la orden de ejecución.

En 15 de junio de 1930, la Rosita Agricultural Company Inc., instituyó ante la misma corte municipal procedimiento contra Santiago y embargó como de su propiedad la casa y el solar y la vaca y su cría que le habían sido adjudicados como único postor en la venta en ejecución celebrada el 2 de junio. Entonces Barbosa instó procedimiento en la misma corte contra la Rosita Agricultural Company, Inc., y contra Santiago para anular el embargo en lo referente a la vaca y la cría. Visto el caso en la corte municipal, el mismo fué sobreseído. Barbosa apeló, y la corte de distrito, después de un juicio *de novo*, también desestimó el procedimiento. En el ínterin, la acción incoada en la corte municipal por la Rosita Agricultural Company culminó en sentecia. Al dictarse sentencia por la corte de distrito en el procedimiento seguido por Barbosa contra Santiago y la Rosita Agricultural Company, había pendiente en la corte municipal una moción solicitando se expidiera mandamiento de ejecución en este caso. Santiago no se defendió en aquel procedimiento. La Rosita Agricultural Company presentó una negación general y alegó como defensa especial el título que se alegaba haber sido adquirido por Santiago como adjudicatario en la subasta. No planteó cuestión alguna de *res judicata,* abandono (*laches*), renuncia (*waiver*), o de estar pendiente de fallo la moción de mayo 27, *supra,* para anular la ejecución.

La resolución de la corte municipal a la moción de febrero 19 de 1930 para suspender la ejecución, no pretendía juzgar los méritos de la reclamación de Barbosa respecto a la exención en cuanto a la vaca y su cría, y no era *res judicata.* No se alegó entonces ni después que Barbosa ocultara otros bienes o que tuviera algún otro ganado. Aunque se hubiera de-

mostrado que poseía otras vacas y crías, la moción en sí misma hubiera constituído suficiente evidencia de selección. El embargo de la única vaca y cría de Barbosa no creó ningún gravamen, y la moción solicitando se suspendiera la ejecución no debió haber sido denegada. El haber declarado sin lugar la misma por falta de comparecencia en la vista, no impedía que en mayo 27 se presentara la moción posterior solicitando la nulidad de la orden de ejecución. Dicha moción estaba pendiente y sin resolver al tiempo de la desestimación del procedimiento de la tercería de Barbosa después del juicio *de novo* en la corte de distrito. Quizá aun en ausencia de una petición de cualquiera de las partes hubiera sido mejor práctica dejar la tercería pendiente hasta la decisión final de la moción para anular la ejecución en el procedimiento original. De todos modos, Santiago, como comprador de la vaca y su cría en la subasta, o no adquirió título alguno, o aceptó su título sujeto a las resultancias de la moción para anular. Tal vez Barbosa debió haber presentado una moción para dejar sin efecto la venta en ejecución. Estas son cuestiones que no han sido suscitadas por ninguna de las partes. No hay necesidad de resolverlas ahora. El resultado hubiera sido y sería el mismo que si este caso fuera devuelto a la corte inferior para ulteriores procedimientos. La vaca y su cría estaban exentos de ejecución, y ante la interposición oportuna de la reclamación de Barbosa sobre dicha exención, el propuesto traspaso de la propiedad por el márshal a Santiago como comprador en la subasta no podía permitirse que subsistiera. El embargo trabado por la Rosita Agricultural Company debe quedar en pie o caer con el título de Santiago. Lo mismo da que se anule ahora como más tarde.

*La sentencia de la corte de distrito desestimando la tercería de Barbosa con respecto a la vaca y su cría debe anularse y disolverse el embargo trabado sobre las mismas por la Rosita Agricultural Company.*